# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-00874 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR CERTIFICATION OF CLASS<br><br>(Doc. 14) |

    David W. Wilson is prceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    The magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for class certification be denied. (Doc. 14.) Plaintiff was afforded 14 days within which to file objections. (*Id*. at 2-3.) Plaintiff filed his objections on February 8, 2023. (Doc. 16.)

    According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the COURT **ORDERS**:

    1. The findings and recommendations issued on January 19, 2023 (Doc. 14) are
        **ADOPTED IN FULL**.

2. Plaintiff's motion for class certification (Doc. 10) is **DENIED**.

3. This action is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 10, 2023**

UNITED STATES DISTRICT JUDGE