UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>          Plaintiff,<br><br>     v.<br><br>STUART SHERMAN, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-0874 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S MOTION FOR PROTECTION ORDER<br><br>(Docs. 20, 23) |

David W. Wilson seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. Plaintiff seeks a "protection order for all Legal Documents, and for Single Cell, for imminent danger Transfer where conspiracy was undertaken to place plaintiff as Enhanced Out Patient (EOP) by Psychologist." (Doc. 20 at 1, emphasis omitted.)

The magistrate judge construed Plaintiff's motion as a request for temporary and/or permanent injunctive relief. (Doc. 23 at 1.) The magistrate judge found Plaintiff did not demonstrate he was likely to succeed on the merits of his claim and did not show he was likely to suffer irreparable harm. (*Id.* at 4.) Furthermore, the magistrate judge noted the EOP designation was not related to the allegations raised in the First Amended Complaint, which "concerns conditions of confinement claims involving ventilation issues and allegations of black mold." (*Id.* at 5.) Finally, the magistrate judge found Plaintiff did not show "injunctive relief would be in the public interest." (*Id.* at 6.) Therefore, the magistrate judge recommended the motion be denied.

(*Id.*)

The Court served the Findings and Recommendations on Plaintiff, which contained a notice that any objections were due within fourteen days of the date of service. (Doc. 23 at 6.) In addition, the magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). To date, Plaintiff has not filed objections, and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 1, 2023 (Doc. 23) are **ADOPTED** in full.
2. Plaintiff's motion for protection order filed March 3, 2023 (Doc. 20) is **DENIED**.
3. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

UNITED STATES DISTRICT JUDGE

2