**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00874 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(Doc. 29) |

　　　　Plaintiff David W. Wilson seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The assigned magistrate judge recommended this action proceed only on Plaintiff's Eighth Amendment conditions of confinement claims against defendants, and that the remaining claims in Plaintiff's second amended complaint against any defendant be dismissed. (Doc. 29.) The magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 17, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)

　　　　Plaintiff filed timely objections. (Doc. 30.)

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes

the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 10, 2024 (Doc. 29) are **ADOPTED** in full.
2. This action **PROCEEDS** only on Plaintiff's Eighth Amendment conditions of confinement claims (claim one) against the defendants.
3. The remaining claims (claims two and three) against any defendant are **DISMISSED**.
4. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 23, 2024**

UNITED STATES DISTRICT JUDGE