UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. WILSON,<br><br>            Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>            Defendants. | Case No.: 1:22-cv-00874-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' THIRD REQUEST TO EXTEND TIME TO OPPOSE PLAINTIFF'S SUMMARY JUDGMENT MOTION AND TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 73) |

Plaintiff David W. Wilson is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983. The matter proceeds on Plaintiff's Eighth Amendment conditions of confinement claims.

**I.    BACKGROUND**

On March 27, 2025, Defendants filed a summary judgment motion contending Plaintiff failed to exhaust administrative remedies. (Doc. 50.)[1] Plaintiff filed an opposition Doc. 56), and Defendants filed a reply (Doc. 59).

On May 8, 2025, Plaintiff filed a motion for summary judgment. (Doc. 61.)[2] On May 28, 2025, Defendants filed a request for extensions of time to oppose Plaintiff's summary judgment

---

[1] This motion and accompanying documents total 949 pages.

[2] This motion and accompanying documents total 247 pages.

1    motion and to file their cross-motion for summary judgment. (Doc. 64.) The Court granted
2    Defendants' request, directing that any opposition to Plaintiff's summary judgment motion be
3    filed by August 27, 2025, and modifying the Discovery and Scheduling Order to extend the
4    deadline for the filing of dispositive motions to August 25, 2025. (Doc. 64.)
5         On August 11, 2025, Defendants filed a second request for extensions of time to oppose
6    Plaintiff's summary judgment motion and to file a cross-motion for summary judgment. (Doc.
7    70.) The Court granted Defendants' second request, directing that any opposition to Plaintiff's
8    summary judgment motion be filed by August 27, 2025, and modifying the Discovery and
9    Scheduling Order to extend the deadline for the filing of dispositive motions to August 25, 2025.
10   (Doc. 64.)
11        On October 10, 2025, Defendants filed a third request for extensions of time to oppose
12   Plaintiff's summary judgment motion and to file a cross-motion for summary judgment. (Doc.
13   73.)
14   **II.    DISCUSSION**
15        This Court's Local Rule 144(b) states: "All motions for extensions of time shall set forth
16   the total period of extensions already obtained by the parties as to the particular matters for which
17   the extension is sought." And, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a
18   scheduling order "may be modified only for good cause and with the judge's consent." Fed. R.
19   Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking
20   the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The
21   court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the
22   party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id.*
23        Defendants move for third extensions of time, to and including December 11, 2025,
24   within which to oppose Plaintiff's motion for summary judgment and to file a merits-based
25   motion for summary judgment. (Doc. 73.) The request is supported by the Declaration of Jean
26   Trenbeath. (*Id*. at 5-8.) Ms. Trenbeath states the current dispositive motion filing deadline is
27   October 27, 2025, and Plaintiff's merits-based summary judgment motion filed May 8, 2025,
28   concerns "his Eighth Amendment claims against each of the 12 Defendants." (*Id*., at 6, ¶¶ 9-10.)

1   Ms. Trenbeath states all Defendants intend to move for summary judgment on those same claims.
2   (*Id.*, at ¶ 10.) Defense counsel states that since the last request, she has spent most of her time as
3   lead counsel in an action filed in the Northern District, filing a second summary judgment motion
4   and a reply in support of the motion, as well as other pretrial motions in that action, and attending
5   a hearing on the motions held October 2, 2025. (*Id*. at ¶ 12.) Counsel also states she prepared a
6   reply brief in support of defendants' motion for summary judgment in a separate action filed in
7   the Northern District, oppositions to motions for injunctive relief in a separate action filed in this
8   district, as well as preparing for a September 26, 2025, settlement conference in an action pending
9   in the Central District that involves 16 defendants and numerous claims. (*Id*. at ¶¶ 13-14.) Ms.
10  Trenbeath states that because Plaintiff has moved for summary judgment on his claims against all
11  Defendants, Defendants' opposition to Plaintiff's motion and their own summary judgment will
12  be largely duplicative. (*Id*., at ¶ 15.) She contends that filing of Defendants' opposition to
13  Plaintiff's pending summary judgment motion "at or near the filing of [Defendants'] cross-motion
14  for summary judgment would be a more efficient use of party and judicial resources" and would
15  allow her sufficient time to finish gathering needed declarations and evidence. (*Id*.) Counsel
16  contends that an extension of time to file an opposition to Plaintiff's summary judgment motion
17  and an extension of the dispositive motion filing deadline, up to and including December 11,
18  2025, should provide sufficient time to obtain the necessary declarations and to prepare the
19  opposition to Plaintiff's summary judgment motion and Defendants' cross-motion for summary
20  judgment. (*Id*., ¶17.)

21   Based on the foregoing, Defendants have established good cause for further extensions of
22  the deadline within which to file an opposition to Plaintiff's summary judgment motion and to file
23  a cross-motion for summary judgment. The Court agrees judicial resources would be best served
24  by the instant request and Defendants' request will be granted.

25  **III.   CONCLUSION AND ORDER**
26   Accordingly, and for good cause shown, the Court **HEREBY ORDERS** that:
27   1. Defendants' request for extensions of time to oppose Plaintiff's pending summary
28      judgment motion and to file a cross-motion for summary judgment (Doc. 73) is

**GRANTED** as follows:

    a. Defendants **SHALL** file any opposition to Plaintiff's motion for summary judgment no later than **December 11, 2025**;

    b. The Discovery and Scheduling Order is **MODIFIED** to extend the deadline for the filing of dispositive motions from October 27, 2025, to **December 11, 2025**. No other deadlines are affected by this Order; and

    c. Defendants **SHALL** file their cross-motion for summary judgment no later than **December 11, 2025.**

2. Local Rule 230(*l*) shall continue to apply to any further oppositions and/or reply briefs affected by this Order.

IT IS SO ORDERED.

Dated: __October 15, 2025__            */s/ Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE