**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID W. WILSON,

          Plaintiff,

    v.

STUART SHERMAN, et al.,

          Defendants.

Case No.: 1:22-cv-00874 JLT SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE EXHAUSTION

(Docs. 50, 90)

Plaintiff seeks to hold defendants liable for violations of his civil rights. The magistrate judge issued findings and recommendations to deny defendants' summary judgment motion concerning exhaustion. (Doc. 90.) The Court served the findings and recommendations on the parties, informed them that objections were due within 14 days, and advised that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 20-21, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

    1.  The Findings and Recommendations issued March 17, 2026 (Doc. 90) are **ADOPTED**

in full.

2.  Defendants' motion for summary judgment re exhaustion (Doc. 50) is **DENIED**.

3.  This matter is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

_____
UNITED STATES DISTRICT JUDGE

2